THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BUTTERICK PUBLISHING COMPANY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Submitted May 12, 1913; decided May 20, 1913.)

Motions for re-argument denied. Motions to amend remittitur granted so that the decision herein shall read: Orders of the Appellate Division and Special Term reversed, without costs to either party, on the ground that the relator is entitled to have deducted from the value of its assets the cost of furnishing the periodicals to the subscribers who have paid in advance for the unexpired terms of their subscriptions. The proceeding is remitted to the Supreme Court for further action and respondents ordered to file return as required by the writ of certiorari. (See 207 N. Y. 771.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* SANDROCK REALTY COMPANY, Appellant, and ROBERT MUH et al., Composing the Board of Assessors of the City of New York, Defendants.

(Submitted May 5, 1913; decided May 20, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 207 N. Y. 771.)